UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MORALES,                              )<br>                                              )<br>            Plaintiff,                       )<br>                                              )<br>     v.                                       )<br>                                              )<br>MICHAEL J. ASTRUE,                            )<br>COMMISSIONER OF THE                           )<br>SOCIAL SECURITY ADMINISTRATION,               )<br>                                              )<br>            Defendant.                        )<br>_____) | Case No. CV 09-2494-PJW<br><br>J U D G M E N T |

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further proceedings consistent with this decision.

    DATED:    June 29, 2010.

                                    /s/ Patrick J. Walsh
                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\MORALES\Judgment.wpd