Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email: shannyjlee@gmail.com

Attorney for plaintiff Arthur Morales

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MORALES, | No. CV 09-2494-PJW |
| PLAINTIFF, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| DEFENDANT. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and 00/100's ($3,500.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: July 20, 2010

/s/ Patrick J. Walsh
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1